**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>SO. CAL. EQUAL ACCESS GROUP<br>Jason J. Kim (SBN:190246)<br>101 S. Western Ave., Second Floor<br>Los Angeles, CA 90004<br>TELEPHONE NO.: (213) 252-8008   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: LATANYA WILLIAMS | **FOR COURT USE ONLY** |
|---|---|
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 350 W. 1st. STREET<br>MAILING ADDRESS: 350 W. 1st. STREET<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: FIRST STREET COURTHOUSE | |
| PLAINTIFF/PETITIONER: LATANYA WILLIAMS<br>DEFENDANT/RESPONDENT: MME LOGIC CORP. | CASE NUMBER:<br>2:22-cv-07594-DSF-SK |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: Notice of Assignment to United States Judges; Notice of Interested Parties.
3. a. Party served *(specify name of party as shown on documents served)*:
      MME LOGIC CORP.
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      MICHELLE CHEUNG, AS AGENT FOR SERVICE OF PROCESS.           Fed. R. Civ. P. 4(c)(2)
4. Address where the party was served:
   1628 PERKINS DR., ARCADIA, CA 91006       "Service in compliance with federal rules of civil procedures".
5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*: 12/9/22   (2) at *(time)*: 10:13AM
   b. [ ] **by substituted service.** on *(date)*:         at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:        from *(city)*:          **or** [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

POS-010

| PLAINTIFF/PETITIONER: LATANYA WILLIAMS | CASE NUMBER: |
| DEFENDANT/RESPONDENT: MME LOGIC CORP. | 2:22-cv-07594-DSF-SK |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*          (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*



  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**
  a. Name: TURNER'S ATTORNEY SERVICE
  b. Address: 6230 Wilshire Blvd., Suite 164, Los Angeles, CA 90048
  c. Telephone number: (213) 268-0650
  d. **The fee** for service was: $ 70.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a registered California process server:
        ☒ owner   ☐ employee   ☐ independent contractor.
        (ii) Registration No.: 6701
        (iii) County: LOS ANGELES

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
  or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 12/9/2022

TRACEY TURNER
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          ▶     (SIGNATURE)